UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Quentin D. Moore,

            Plaintiff,

    v.

State of Nevada,

            Defendant.

Case No.  2:26-cv-01899-GMN-EJY

**ORDER**

On June 23, 2026, Plaintiff Quentin D. Moore submitted an Application to Proceed *in forma pauperis* ("IFP") but did not submit a Complaint. ECF No. 1. To commence a new civil lawsuit, Plaintiff must file a complaint. Federal Rule of Civil Procedure 3 states: "A civil action is commenced by filing a complaint with the court." Local Special Rule 2-1 states: "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

Accordingly, IT IS HEREBY ORDERED that to commence a case Plaintiff **must**, no later than **July 30, 2026**, file a signed complaint on the Court's form in this matter.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this action will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED:  June 30, 2026

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE