**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

QUENTIN D. MOORE,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No. 2:26-cv-01899-GMN-EJY

**ORDER DISMISSING AND CLOSING CASE**

## I. DISCUSSION

On June 23, 2026, Plaintiff Quentin D. Moore attempted to initiate a lawsuit by applying to proceed *in forma pauperis* and submitting a vague motion for appointment of counsel. (ECF Nos. 1, 1-1). On June 30, 2026, the Court ordered Moore to file a complaint by July 30, 2026. (ECF No. 5). The Court warned Moore that the action could be dismissed if he failed to file a complaint by that deadline. (*Id.*) On July 2, 2026, the Court received mail returned undeliverable from the NDOC noting that Moore was now deceased. (ECF No. 6 at 1). The Court never received a complaint in this case. The Court now dismisses the action without prejudice because there is no operative complaint in this case. *See* Fed. R. Civ. P. 3 (stating "[a] civil action is commenced by filing a complaint with the court").

## II. CONCLUSION

It is therefore Ordered that this action is dismissed without prejudice.

It is further Ordered that the application to proceed *in forma pauperis* (ECF No. 1) and motion for appointment of counsel (ECF No. 1-1) are denied as moot.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case. **DATED**: August 11, 2026

Gloria M. Navarro, District Judge
United States District Court